No. 96–9413. In re Tyler; and

No. 96–9513. Arteaga v. California. C. A. 9th Cir. Motions of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.

No. 97–303. Humana Inc. et al. v. Forsyth et al. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–6272. Vrettos v. Plainfield Post Office et al. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 22, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–755. In re Smith;

No. 97–6596. In re Myers;

No. 97–6645. In re Bohnke; and

No. 97–6676. In re Graves. Petitions for writs of habeas corpus denied.

No. 97–6141. In re Reliford;

No. 97–6162. In re Snavely;

No. 97–6251. In re Sanders; and

No. 97–6274. In re Okolo. Petitions for writs of mandamus denied.

No. 96–8868. Cantu v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 97–129. Sawyer, Judge, Jackson County Circuit Court v. Oregon ex rel. Huddleston, District Attorney of Jackson County. Sup. Ct. Ore. Certiorari denied.

No. 97–151. Christian et al. v. City of Gladstone. C. A. 8th Cir. Certiorari denied.

No. 97–308. Pikeville United Methodist Hospital of Kentucky, Inc. v. United Steelworkers of America, AFL–CIO, et al. C. A. 6th Cir. Certiorari denied.